UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.: 8:23-cr-00107-SB-2 Date: November 3, 2026

Present: The Honorable **STANLEY BLUMENFELD, JR., United States District Judge**

Interpreter: N/A

| Lynnie Fahey | CourtSmart | Yervant P. Hagopian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kristine Taylor | √ | | √ | Daniel Goldman | √ | | √ |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order. Defendant was informed of her right to appeal. On the government's motion, the underlying indictment is ordered dismissed.

_____ : 34

Initials of Deputy Clerk LFA